# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

145477

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ALFONZO ANTWON JOHNSON,
   Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145477
COA: 304273
Monroe CC: 06-035599-FH

On order of the Court, the application for leave to appeal the June 21, 2012 judgment of the Court of Appeals is considered. We DIRECT the Monroe County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

p1205